**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

HANNAH ISAACS,

     Plaintiff,

v.                                                                                       Case No.  4:20-cv-471-MW/MJF

RON DeSANTIS,

     Defendant.

_____/

## REPORT AND RECOMMENDATION

This civil rights case is before the court on referral from the clerk of the court.[1]

On December 16, 2020, this court ordered Plaintiff to pay the $402.00 fee for filing

this action. (Doc. 8). The undersigned provided Plaintiff until January 19, 2021, to

comply. Plaintiff was warned that failure to comply with the order likely would

result in dismissal of this case. (*Id*. at 2).  Despite the order to show cause, Plaintiff

has not complied with the order to pay the filing fee. She also failed to respond to

the February 1, 2021, show cause order. (Doc. 4).

"Federal courts possess an inherent power to dismiss a complaint for failure

to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d

---

[1] The District Court referred this case to the undersigned to address preliminary
matters and to make recommendations regarding dispositive matters. *See* N.D. Fla.
Loc. R. 72.2(C); *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b).

1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order"). A court also may dismiss an action for failure to pay the filing fee. *See Wilson v. Sargent*, 313 F.3d 1315, 1320, 1321 (11th Cir. 2002); *Thomas v. Butts*, 745 F.3d 309, 312-13 (7th Cir. 2014).

The undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with two orders of this court and for failure to pay the filing fee.

2. The clerk of court be directed to close this case file.

At Pensacola, Florida, this 26th day of February, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.**