### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**HANNAH ISAACS,**

    *Plaintiff.*

**v.**                                                   **Case No.: 4:20cv471-MW/MJF**

**RON DESANTIS,**

    *Defendant.*

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 10. Upon consideration, with no objections having been filed by the parties,

**IT IS ORDERED**:

The Report and Recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** for failure to comply with two orders of this court and for failure to pay the filing fee." The Clerk shall close the file.

**SO ORDERED on March 24, 2021.**

                        s/Mark E. Walker_____
                        **Chief United States District Judge**